

ELECTRONICALLY FILED
1/25/2017 1:01 PM
38-CV-2017-900041.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

### IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| K███ R███████, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CIVIL ACTION No:** |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| BACKPAGE.COM, LLC; ) | |
| CAMARILLOHOLDINGS, LLC; ) | |
| MEDALIST HOLDINGS LLC; ) | |
| LEEWARD HOLDINGS, LLC; ) | |
| DARTMOOR HOLDINGS, LLC; ) | |
| IC HOLDINGS, LLC; ) | |
| ATLANTISCHE BEDRIJVEN C.V.; ) | |
| CARL FERRER; ) | |
| JAMES LARKIN; ) | |
| MICHAEL LACEY; ) | |
| CHOICE HOTELS INTERNATIONAL, INC.; ) | |
| VEDA LLC; ) | |
| NIRAV JOSHI; ) | |
| SANTIAGO ALONSO; ) | |

FICTITIOUS DEFENDANTS A, B, and C are those entities or persons that owned managed, and/or operated the motel located at 3011 Ross Clark Circle, Dothan, Alabama in July 2013 and August 2013; FICTITIOUS DEFENDANTS D, E, and F are those entities or persons that financially benefitted from the human trafficking of the Plaintiff; FICTITIOUS DEFENDANTS G, H, and I are those persons or entities responsible for training the employees of the motel located at 3011 Ross Clark Circle, Dothan, AL; FICTITIOUS DEFENDANTS J, K, and L are those persons or entities that were involved in the human trafficking of the Plaintiff; FICTITIOUS DEFENDANTS M, N, and O are those persons or entities who owned, operated, and controlled www.backpage.com, including its content, during and after the time that the "adult" advertisements involving Plaintiff were published on www.backpage.com; FICTITIOUS DEFENDANTS P, Q, and R, whether singular or plural, that entity which, concerning the occasion made the basis of this suit, that was the principal of any of the named or above-described fictitious party defendants; FICTITIOUS DEFENDANTS S, T, and U, whether singular or plural, that entity which is the successor-in-interest of the named or above-described fictitious party defendants. Plaintiff avers that the identity of the fictitious party defendants herein is otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identify as proper party defendants is not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained,

| | |
|---|---|
| ) | |
| Defendants. ) | |

### **COMPLAINT**

## SUMMARY

1.     The Plaintiff, K███ R██ hereafter identified by her initials K.R. and who was born in February 1996, is a survivor of sex trafficking.[1]  As a minor, K.R. was trafficked for sex in Dothan, Houston County, Alabama.  The Plaintiff brings this action for damages against named Defendants Backpage.com LLC, Camarillo Holdings LLC, Medalist Holdings LLC, Leeward Holdings LLC, Dartmoor Holdings LLC, IC Holdings LLC, Atlantische Bedrijven C.V., Choice Hotels International, Inc., Veda LLC (formerly d/b/a Quality Inn in Dothan, Alabama), Nirav Joshi, and Santiago Alonso as well as various Fictitious Defendants listed herein.  These Defendants conspired, enabled and/or otherwise worked together in a sex trafficking venture in which K.R. was victimized when she was just seventeen (17) years old, in violation of both common law and statutory law, Alabama's anti human trafficking statute - the "Representatives Jack Williams and Merika Coleman Act," Alabama Code §13A-6-150, *et seq*.  Defendant Santiago Alonso was criminally prosecuted for his crimes against the Plaintiff pursuant to Ala. Code §13A-6-152(a)(2) in the Circuit Court of Houston County, Alabama.  He was convicted of first degree human trafficking under Ala. Code §13A-6-152(a)(2), and his human trafficking conviction has been upheld on appeal.  In addition, Defendant Santiago Alonso was convicted of supplying a controlled substance to the then minor Plaintiff K.R. in violation of Ala. Code §13A-12-215 in an effort both to obtain and retain control over her to further the human trafficking venture at issue in this lawsuit.

2.     In the adult services and escorts sections of the website www.backpage.com, prostitution services were advertised.  Among these advertisements were advertisements selling and offering

---

[1] Plaintiff K███ R██ brings this action in her own name but was not yet eighteen (18) at the time she was trafficked.  Out of respect for her privacy and her personhood, she is referred to by her initials as K.R. throughout the body of this Complaint.

children for sex.   Upon information and belief, Defendants Camarillo Holdings LLC, Backpage.com LLC, Medalist Holdings LLC, Leeward Holdings, LLC, Dartmoor Holdings LLC, IC Holdings LLC, Atlantische Bedrijven C.V., James Larkin, Michael Lacey, and Carl Ferrer (collectively the "Backpage Defendants") all participate in owning, operating, designing, managing, funding and/or controlling the website www.backpage.com, including its content. All of these named Defendants and unnamed co-conspirators (Fictitious Defendants M, N and O) knowingly and purposely created www.backpage.com to financially benefit from illegally advertising so-called "adult services," including the sexual exploitation children, by providing advertisment services to sex traffickers and helping sex traffickers evade detection by law enforcement. The United States Senate Permanent Subcommittee on Investigations issued a staff report in January 2017 entitled "Backpage.com's Knowing Facilitation of Online Sex Trafficking" (the "Senate Report") that summarizes the role ww.backpage.com and its founders and officers (James Larkin, Michael Lacey, and Carl Ferrer) have played in the burgeoning criminal industry of sex trafficking.[2] According to the Senate Report, www.backpage.com does not deny that the website is used for criminal activity, including the sex trafficking of children.[3] The Backpage Defendants have also developed and maintained a practice of altering advertisements before publication by deleting words, phrases, and images indicative of criminality, including child sex trafficking.   This practice served to sanitize the content of innumerable advertisements, and the Senate Report concluded that persons and entities

---

[2] *See* http://www.portman.senate.gov/public/index.cfm/files/serve?File_id=5D0C71AF-A090-4F30-A5F5-7CFFC08AFD 48. Additionally, a copy of the full Senate Report plus its appendix can be accessed online at: https://www.hsgac.senate.gov/subcommittees/investigations/reports. A copy of the Senate Report without the appendix is attached as Exhibit A to this Complaint.
[3] *Id.*

associated with www.backpage.com knowingly concealed evidence of criminality by systematically editing its so-called "adult" advertisements, that www.backpage.com knowingly facilitated illegal prostitution and child sex trafficking, and that the true beneficial owners of www.backpage.com are James Larkin, Michael Lacey, and Carl Ferrer.[4] James Larkin, Michael Lacey and Carl Ferrer all invoked their Fifth Amendment right against self-incrimination during their appearance before the Senate Homeland Security and Governmental Affairs subcommittee. "Adult" advertisements on www.backpage.com, including the advertisements sexually trafficking then minor child K.R. in Alabama, were posted online to a targeted Alabama audience and sold to Defendant Santiago Alonso while he was sex trafficking the Plaintiff in Houston County, Alabama. The www.backpage.com advertisements in Alabama were targeted to Alabamians or other persons in Alabama and amount to systematic, purposeful, and continuous business contacts with Alabama by the Backpage Defendants and avail them to the jurisdiction of this Court.

3.     Defendant Santiago Alonso published "adult" advertisements involving the Plaintiff on www.backpage.com. The Backpage Defendants screened, sanitized, reviewed, revised, edited, ratified and/or allowed this publication with the knowledge that K.R. and others were victims of sex trafficking and also children. As a result of illegal advertisements, K.R. was repeatedly sexually exploited, trafficked, and victimized by not only Defendant Alonso but also by other persons at the Quality Inn in Dothan, Alabama who were responding to the www.backpage.com advertisements of K.R. created by Defendant Alonso and the Backpage Defendants.

---

[4] *Id.*

4.      Defendant Alonso carried out his crimes against K.R. at the Choice Hotels International, Inc., Quality Inn franchise owned by Veda LLC, under the control and ownership of Choice Hotels certified general manager and/or operator Defendant Nirav Joshi.  Defendant Choice Hotels International, Inc., Veda LLC, and Nirav Joshi knew or should have known that Defendant Santiago Alonso was using their motel to conduct the sex trafficking venture. Defendant Santiago Alonso was well known to Defendant Nirav Joshi and the agents of Defendant Veda LLC.  In fact, in carrying out the sex trafficking venture, Defendant Santiago Alonso earned himself the "Diamond Level" status in the Choice Hotels' Elite Membership Status program.[5]  As Defendant Alonso accrued Diamond Level Elite Membership Status, thus gaining privileges from Defendant Choice Hotels to recognize and reward his loyalty to their brand,  K.R. was trafficked, exploited, and victimized at the Quality Inn in Dothan, Alabama. Defendants Choice Hotels, Veda LLC and Nirav Joshi knowingly benefited financially from the sex trafficking venture that subjected K.R. to sexual servitude.  Defendants Veda LLC, Nirav Joshi and Choice Hotels International, Inc. are liable for the injury to K.R. caused by the intentional harmful acts of Defendant Santiago because of their failure to exercise reasonable diligence which would have discovered that such horrific acts were being done or were about to be done to the Plaintiff.

## I.      PARTIES

5.      Plaintiff K███ R█████ (identified herein and in subsequent pleadings for privacy reasons by her initials K.R.) is a resident of Lauderdale County, Mississippi, and is now an adult over the age of 19 years.  The Plaintiff is a victim of human trafficking pursuant to Ala. Code §

---

[5] *See* https://www.choicehotels.com/choice-privileges/membership-levels ("Diamond Level" status requires forty (40) nights of reservations at Choice Hotels' properties per calendar year).

13A-6-157. At all times material to the allegations set forth in this Complaint, Plaintiff K.R. was a minor.

6.      Defendant Backpage.com, LLC, is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Backpage.com, LLC, owned, operated, designed and/or controlled the website, including its content. Defendant Backpage.com, LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Backpage.com, LLC, transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website. [6]

7.      Defendant Camarillo Holdings, LLC is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Camarillo Holdings, LLC, owned, operated, designed and/or controlled the website, including its content. Defendant Camarillo Holdings LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant

---

[6] Collectively, Defendants Backpage.com LLC, Camarillo Holding LLC, Medalist Holdings LLC, Leeward Holdings LLC, Dartmoor Holdings LLC, IC Holdings LLC, Atlantische Bedrijven C.V., Carl Ferrer, Michael Lacey and James Larkin comprise the "Backpage Defendants."

Camarillo Holdings LLC, transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

8.     Defendant Medalist Holdings LLC is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Medalist Holdings LLC, owned, operated, designed and/or controlled the website, including its content. Defendant Medalist Holdings LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Medalist Holdings LLC, transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

9.     Defendant Leeward Holdings, LLC is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Leeward Holdings, LLC, owned, operated, designed and/or controlled the website, including its content.  Defendant Leeward Holdings, LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Leeward Holdings, LLC, transacted business in Houston County, Alabama and purposefully

availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

10.     Defendant Dartmoor Holdings, LLC is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Dartmoor Holdings, LLC, owned, operated, designed and/or controlled the website, including its content. Defendant Dartmoor Holdings, LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Dartmoor Holdings LLC, transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

11.     Defendant IC Holdings, LLC is a Delaware limited liability company. Upon information and belief, during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant IC Holdings, LLC, owned, operated, designed and/or controlled the website, including its content. Defendant IC Holdings, LLC also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew those such financial benefits were derived from illegal conduct. At all times material hereto, Defendant IC Holdings LLC, transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

12.     Defendant Atlantische Bedrijven C.V. is a Dutch company domiciled in Curacao. Upon information and belief, Atlantische Bedrijven C.V. is a successor in interest company of the US operations of the website www.backpage.com that at all times material, owned, operated, designed and/or controlled the website, including its content. Defendant Atlantische Bedrijven C.V. ultimately financially benefitted from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though it knew such financial benefits were derived from illegal conduct. Defendant Atlantische Bedrijven C.V. and its predecessors transacted business in Houston County, Alabama and purposefully availed itself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

13.     Defendant Carl Ferrer is a resident of Texas. Before and during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Carl Ferrer owned, operated, designed, and/or controlled the website, including its content. Defendant Carl Ferrer also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though he knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Carl Ferrer transacted business in Houston County, Alabama and purposefully availed himself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

14.     Defendant Michael Lacey is a resident of Arizona.  Before and during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant Michael Lacey owned, operated, designed, and/or controlled the website, including its content.

Defendant Michael Lacey also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though he knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant Michael Lacey transacted business in Houston County, Alabama and purposefully availed himself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

15.    Defendant James Larkin is a resident of Arizona. Before and during the time that the "adult" advertisements involving the Plaintiff were published on www.backpage.com, Defendant James Larkin owned, operated, designed, and/or controlled the website, including its content. Defendant James Larkin also financially benefited from the website www.backpage.com, including the "adult" advertisements posted of K.R. and other victims, including children, even though he knew such financial benefits were derived from illegal conduct. At all times material hereto, Defendant James Larkin transacted business in Houston County, Alabama and purposefully availed himself to Houston County, Alabama and the citizens of Houston County, Alabama, through the www.backpage.com website.

16.    Defendant Choice Hotels International, Inc. ("Choice Hotels"), is a Maryland corporation in business as a hospitality holding company which is headquartered in Rockville, Maryland. Defendant Choice Hotels owns the hotel brand Quality Inn.  At all times material hereto, Defendant Choice Hotels transacted business in Alabama, specifically through its Quality Inn franchise located in Dothan, Houston County, Alabama during the time the Plaintiff was sex trafficked as a child. Defendant Choice Hotels financially benefited from the human trafficking venture involving Defendant Alonso at issue in this lawsuit.

17.     Defendant Veda LLC, is an Alabama domestic limited liability company that, at all times material hereto, owned, operated, controlled, and transacted business through its Quality Inn motel located at 3011 Ross Clark Circle, Dothan, Alabama 36302 during the time the Plaintiff was sex trafficked as a child.   Defendant Veda LLC financially benefited from the human trafficking venture involving Defendant Alonso at issue in this lawsuit.

18.     Defendant Nirav Joshi is over the age of nineteen (19) years and is a resident of Dothan, Houston County, Alabama.   He is a member of Defendant Veda LLC, and managed and/or operated the Quality Inn franchise in Dothan, Houston County, Alabama during the time the Plaintiff was sex trafficked as a child.   Defendant Nirav Joshi financially benefited from the human trafficking venture involving Defendant Alonso at issue in this lawsuit.

19.     Defendant Santiago Alonso is over the age of nineteen (19) years and is currently in custody of the Alabama Department of Corrections at the Bibb County Correctional Facility.   He was sentenced to fifty (50) years in prison for the human trafficking of K.R. at issue in this lawsuit and in violation of Alabama's anti human trafficking statute, Ala. Code §13A-6-152.

20.     FICTITIOUS DEFENDANTS A, B, and C are those entities or persons that owned managed, and/or operated the motel located at 3011 Ross Clark Circle, Dothan, Alabama in July 2013 and August 2013; FICTITIOUS DEFENDANTS D, E, and F are those entities or persons that financially benefitted from the human trafficking of the Plaintiff; FICTITIOUS DEFENDANTS G, H, and I are those persons or entities responsible for training the employees of the motel located at 3011 Ross Clark Circle, Dothan, Alabama; FICTITIOUS DEFENDANTS J, K, and L are those persons or entities that were involved in the human trafficking of the Plaintiff; FICTITIOUS DEFENDANTS M, N, and O are those persons or entities who owned,

operated, and controlled www.backpage.com, including its content, during and after the time that the adult advertisements involving the Plaintiff were published on www.backpage.com; FICTITIOUS DEFENDANTS P, Q, and R, whether singular or plural, that entity which, concerning the occasion made the basis of this suit, that was the principal of any of the named or above-described fictitious party defendants; FICTITIOUS DEFENDANTS S, T, and U, whether singular or plural, that entity which is the successor-in-interest of the named or above-described fictitious party defendants. Plaintiff avers that the identity of the fictitious party defendants herein is otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identity as proper party defendants is not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained.

## II.    INTRODUCTION

21.    Sex trafficking of children continues to be a growing problem in the United States, despite the resources available to combat these horrendous crimes.  Sex traffickers generate up to $32 billion dollars in revenue per year worldwide through their criminal conduct, and almost half of all persons victimized by sex trafficking are children when they are trafficked for the first time.[7]

22.    It is estimated that between 244,000 and 325,000 children in the United States are at risk for sexual exploitation and that approximately 199,000 incidents of sexual exploitation occur in the United States every year.[8]  For years, sex trafficking has been blatantly advertised on websites, such as www.backpage.com, and traffickers parade their criminal misconduct openly in hotels and motels throughout the United States.

---

[7] *See e.g.*, https://polarisproject.org/sites/default/files/us-citizen-sex-trafficking.pdf.
[8] *See* https://aspe.hhs.gov/basic-report/human-trafficking-and-within-united-states-review-literature.

23.    Despite this conspicuous evidence, those entities and individuals financially benefiting from sexual exploitation, trafficking, and victimization of children continue to thrive without prosecution from law enforcement.

A.    **Backpage.com Is a Leading Online Marketplace for Commercial Sex.**

24.    Over the past several years, the Backpage Defendants have created and customized a multimillion dollar advertising platform that caters to pimps and sex traffickers in order to benefit financially from illegal prostitution and sex trafficking, including the sexual exploitation, trafficking, and victimization of children. The Backpage Defendants have actively pursued methods of advertising these illegal activities so that they can evade detection by law enforcement and protect the identities of the pimps and sex traffickers advertising on their website. As a direct result of the Backpage Defendants' misconduct, the market for sex trafficking, including the corresponding victimization of children, has become an epidemic which in turn has allowed the Backpage Defendants to grow multimillion dollar, illegitimate ventures that financially benefit from the exploitation of sex trafficking victims through www.backpage.com.

25.    Since the advent of the internet, the market for sex trafficking in the United States has expanded exponentially, as websites provide pimps and sex traffickers with worldwide markets. Sex trafficking is now the fastest growing illegal activity in the world. Online classified ad websites, such as www.backpage.com, have become the main avenue for human trafficking, particularly the sex trafficking of children.[9]

---

[9] *See e.g.* https://technologyandtrafficking.usc.edu/files/2011/09/HumanTrafficking_FINAL.pdf.

26.     Since 2010, www.backpage.com has become the leader in the advertisement of "adult services," generating annual revenue of approximately $150,000,000.00 and approximately $3,100,000.00 from sex ads in just one week.[10]   Between January 2013 and March 2015, ninety-nine percent (99%) of global income related to or arising from www.backpage.com was derived from the website's "adult section," including advertisements sexually exploiting children, and www.backpage.com has been called the "World's Top Online Brothel."[11]   The Backpage Defendants knew their financial benefits depended on the patronage of advertisements for sex trafficking, and they did everything in their power to protect their illegal venture at the expense of victims of sex trafficking.

27.     There are efforts to stop the Backpage Defendants' sex trafficking venture.[12]   Visa, MasterCard, and American Express removed their services as a payment option for www.backpage.com in an effort to stop human trafficking.[13]   In July of 2013, attorneys general from forty-nine (49) states signed off on a petition to Congress to amend the Communication Decency Act, 47 U.S.C. § 230, so that websites like www.backpage.com can be charged criminally for their participation in sex trafficking ventures.[14]   According to the aforementioned Senate Report, despite the reported sale of the ownership interests in www.backpage.com to an undisclosed foreign company in 2014, the true beneficial owners of the company are Defendants

---

[10] See e.g.
http://www.chicagotribune.com/business/ct-backpage-raided-ceo-carl-ferrer-arrested-20161006-story.html;
https://www.nytimes.com/2016/10/07/us/carl-ferrer-backpage-ceo-is-arrested.html?_r=0; and
https://www.washingtonpost.com/news/morning-mix/wp/2016/10/07/ceo-of-backpage-called-worlds-top-online-brot
hel-arrested-on-pimping-charges/?utm_term=.bbcf8b9dcb10.
[11] Id.
[12] See generally,
https://www.in.gov/attorneygeneral/files/The_Communications_Decency_Act_Promotes_Human_Trafficking.pdf.
[13] See https://polarisproject.org/news/press-releases/leading-credit-card-companies-cripple-backpagecom.
[14] See https://www.eff.org/files/cda-ag-letter.pdf (including the signature of Alabama Attorney General Luther Strange).

James Larkin, Michael Lacey, and Carl Ferrer. Acting through a complex chain of domestic and international shell companies, Defendants Lacey and Larkin lent Defendant Ferrer over $600,000,000.00 to purchase the ownership interests in www.backpage.com from them. But as a result of this deal, Defendants Lacey and Larkin retain significant financial and operational control, hold almost complete debt equity in the entities associated with the Backpage Defendants, and still receive large distributions of the financial benefits derived from the entities associated with the Backpage Defendants.[15] According to the consultant that structured the deal, moreover, this foreign transaction appears to provide no tax benefits.[16] Instead, it serves only to obscure Defendant Ferrer's domestic-based ownership and conceal Defendants Lacey's and Larkin's continued financially beneficial ownership.[17]

28.    Defendant Alonso trafficked K.R. by advertising her on www.backpage.com to persons located in and around Dothan, Alabama. As a direct and proximte result of the www.backpage.com advertisement, K.R. was victimized repeatedly by men who responded to the advertisement.

29.    Defendant Alonso trafficked K.R. on www.backpage.com extensively after picking her up as a vulnerable runaway child until August 2013, when she was finally able to find help from a stranger in Dothan, Alabama.

30.    Following a United States Senate investigation into the website www.backpage.com, the Backpage Defendants recently shut down the "adult" section on the website in response to charges that they knowingly facilitated and financially benefited from human trafficking and the

---

[15] *See* http://www.portman.senate.gov/public/index.cfm/files/serve?File_id=5D0C71AE-A090-4F30-A5F5-7CFFC08AFD48.

[16] *Id.*

[17] *Id.*

sexual exploitation, trafficking, and victimization of children. The full Senate Report, a copy of which is attached hereto as Exhibit A, and its accompanying Appendix, which are incorporated herein by reference, detail the various entities which have been used to disguise the true ownership and control of www.backpage.com and the illegal financial benefits that have been gained through the "adult" advertisements on the website.[18]  Such financial benefits resulted from the exploitation, trafficking, and victimization of numerous adults and children, including K.R.

31.    Should any of the Backpage Defendants raise any affirmative defenses or otherwise assert that they are not liable to K.R. because of the structure or status of their entities or because they were acting on behalf of any of the entities, any such safeguards must be disregarded because the Backpage Defendants have intentionally structured their various entities for the express purpose of avoiding liability for their illegal actions.

### B.    Choice Hotels Failed to Stop Sex Trafficking of Minors in Its Hotels.

32.    The vast majority of sex trafficking occurs in hotels and motels,[19] and as a result, hotels and motels should be the first line of defense against illegal prostitution and sex trafficking of children.   Instead, hotels and motels account for over ninety percent (90%) of commercial exploitation of children.[20]   Polaris, a charity organization fighting to end human trafficking worldwide, reports that since 1997, there have been over 1,400 cases of human trafficking that

---

[18] The full Senate Report and the Appendix can be accessed online at:
https://www.hsgac.senate.gov/subcommittees/investigations/reports.  A copy of the Senate Report without the Appendix is attached as Exhibit.A to this Complaint.
[19] *See* https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry. *See also*
http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7.
[20] *See* Erika R. George and Scarlet R. Smith, *In Good Company: How Corporate Social Responsibility can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery*, 46 N.Y.U. J. Int'l L. & Pol. 55, 66–67 (2013).

occurred in hotels and motels.[21]  Instead of preventing it, the hotel industry often has enabled the

sexual exploitation of children.[22]  Hotels and motels have an obligation to protect their guests

from the known dangers, such as sex trafficking, and they should be held accountable when they

fail to take steps to protect them.

33.    Training hotel staff to identify the signs of sex trafficking is a critical and an obvious

legal obligation for hotel management.

34.    Defendant Choice Hotels has known for years that pimps and traffickers use their hotels

to carry out their crimes.   Despite having knowledge of the extensive prostitution and sex

trafficking that occurs at its hotels, Defendant Choice Hotels has repeatedly failed to make

reasonable efforts to stop these crimes.[23]

---

[21] *See*
http://polarisproject.org/blog/2016/11/07/polaris-works-ecpat-usa-and-marriott-international-human-trafficking-train
ine.
[22] *See* http://www.ecpatusa.org/wp-content/uploads/2016/05/Regional-Report-North-America.pdf.
[23] *See e.g.,*
http://archive.vestar.com/news/crime/five-arrested-after-months-long-investigation-into-human-trafficking-ring-3aae
0ae2-1ba3-291f-e053-01-391057941.html, Aug. 23, 2016  (Five men arrested in Ventura County, California at a
Comfort Inn for forcing at least 28 women into prostitution);
http://www.bakersfield.com/news/breaking/man-arrested-on-suspicion-of-human-trafficking/article_3f5f6ee8-008e-
5ef9-ad28-5f4ccb667a1c.html, Feb. 25, 2016 (Suspect arrested in Bakersfield, California at a Quality Inn on
suspicion of human trafficking of a minor);
http://www.theeastcarolinian.com/news/article_59f8d72a-79c9-11e4-86d3-eb5396cc62f5.html, (Dec. 2, 2014
(Arrest made in Greenville, North Carolina for human trafficking of a fourteen (14) year old girl at a Quality Inn);
http://clarksvillenow.com/local/oak-grove-police-sergeant-2-others-arrested-during-prostitution-investigation/,
(Three arrested in Oak Grove, Kentucky and charged with human trafficking after holding a woman against her will
at a Quality Inn and forcing her to have sex with several men);
http://articles.courant.com/2014-07-11/community/hc-wethersfield-prostitution-0711-20140710_1_prostitutes-affida
vits-police-break, July 11, 2014 (Comfort Inn management was arrested in Wethersfield, Connecticut for promoting
prostitution at the hotel); http://www.newsobserver.com/news/local/crime/article59910551.html, Feb. 11, 2016
(Man arrested in Raleigh, North Carolina for human trafficking and prostitution of a minor. Police found the fifteen
(15) year old girl at an Econo Lodge);
http://www.capitalgazette.com/news/for_the_record/ph-ac-cn-human-trafficking-0817-20160816-story.html Aug.
16, 2016  (Three arrested in Prince George's County, Maryland in a large-scale human trafficking venture which
operated in part out of an Econo Lodge);
http://www.courant.com/news/connecticut/hc-minor-sex-traffic-1104-20151104-story.html, Nov. 5, 2015 (Arrest
made in East Hartford, Connecticut for human trafficking of a minor at a local Econo Lodge);
http://www.wsmv.com/story/17142085/extensive-sex-trafficking-ring-tied-closely-to-nashville, Mar. 12, 2012 (Two
dozen men arrested in Nashville, Tennessee in an extensive human trafficking venture which operated in part out of
a Rodeway Inn).

35.     On November 10, 2009, a young child was raped and killed at a Comfort Inn, which is a Defendant Choice Hotels brand hotel, in Fayetteville, North Carolina.[24]  The incident caused such outrage that child advocates petitioned Defendant Choice Hotels to take steps to prevent sex trafficking in its hotel franchise chains.[25]  It was only after this horrific incident that Defendant Choice Hotels finally made changes.  In November 2010, Defendant Choice Hotels partnered with the organization, End Child Prostitution, Pornography and Trafficking of Children for Sexual Purposes ("ECPAT-USA") to develop a training module to educate its management and staff in the prevention of sex trafficking.[26]  However, Defendant Choice Hotels did not require its employees to complete this training.[27]  Defendant Choice Hotels also waited until April 29, 2015, to finally sign ECPAT-USA's Code of Conduct ("ECPAT Code"), an industry-driven tourism initiative in preventing child trafficking.[28]  Members of the ECPAT Code are required to report every year on their developments for implementing the ECPAT Code, such as (1) establishing a policy and procedure against sexual exploitation of children; (2) training employees in children's rights, the prevention of sexual exploitation and how to report suspected cases; (3) including a clause in contracts mandating a common repudiation and zero tolerance policy of sexual exploitation of children; and (4) providing information to travelers on children's rights, including how to prevent sexual exploitation of children and how to report suspected abuse.[29]

---

[24] *See* http://www.wral.com/news/local/story/6464217/.
[25] *See* https://www.change.org/p/tell-choice-hotels-to-prevent-child-prostitution-in-their-hotels.
[26] *See* https://www.choicehotels.com/about/responsibility/human-rights-policy.
[27] *See* https://www.choicehotels.com/about/responsibility/human-rights-policy.
[28] *See*
http://www.ecpatusa.org/2015/06/04/choice-hotels-international-partners-ecpat-usa-fight-child-trafficking-signing-c
ode/.
[29] *See* http://www.ecpatusa.org/code/.

36.    The presence of a sex trafficker in a hotel is often apparent and many hotels train their staff to identify the signs. Red-flags that should alert hotel employees include payment by cash-only, older men or women with a younger woman/child or with a female who appears unrelated, the reservation of two rooms close to each other, a lack of luggage, refusal of cleaning services, regular requests for towels, and numerous men coming and going from the rooms or congregating at the door.[30] A lot of these red flags were open and obvious in the sex trafficking of the Plaintiff at the Quality Inn in Dothan, Alabama.

37.    Despite knowledge of the problem of sex trafficking in its hotels, Defendant Choice Hotels still did  not require that its employees participate in training to prevent sex trafficking and only "recommended" this training to new employees during the time the Plaintiff was victimized.[31]

**C.    The Backpage Defendants, Choice Hotels, and Defendants Veda, LLC, and Nirav Joshi Conspired with Defendant Alonso to Victimize K.R.**

38.    Defendant Alonso published "adult" advertisements involving the Plaintiff on www.backpage.com, when she was only seventeen (17) years old.  As a result of the advertisement on www.backpage.com, Plaintiff K.R. was repeatedly sexually exploited, trafficked, and victimized in Alabama. K.R.'s sexual exploitation, trafficking, and victimization were a direct and proximate result of the Backpage Defendants' knowing publication of Defendant Alonso's advertisements on their website, www.backpage.com.

39.    The Backpage Defendants knowingly participated in and benefitted financially from the illegal sexual exploitation, trafficking, and victimization of Plaintiff K.R. by creating and

---

[30] *See* http://time.com/3525640/sex-trafficking-victim-prostitution-hotel/.
[31] *See* https://www.choicehotels.com/about/responsibility/human-rights-policy.

facilitating the Defendant Alonso's sex trafficking of K.R. while she was a child. The Backpage Defendants protected Defendant Alonso from detection by law enforcement. As a direct and proximate result of Backpage Defendants' venture, K.R. was sexually exploited, trafficked, and victimized while she was a child.

40.     Likewise, Defendants Choice Hotels, Veda, LLC, and Nirav Joshi profited from the sex trafficking of K.R. and knowingly aided and participated with Defendant Alonso in his illegal sexual exploitation of a child at their hotel. Defendants Veda, LLC, and Nirav Joshi leased rooms to Defendant Santiago Alonso, who they knew or should have known was using their hotel to imprison Plaintiff K.R., to force her to be raped and sexually assaulted repeatedly, and to force her to ingest illegal drugs. Defendants Veda, LLC, and Nirav Joshi had a special relationship and owe a heightened duty to persons housed and/or otherwise kept in its' motels. The Choice Defendants knew or should have known Defendant Alonso was using a room at their hotel for sex trafficking where K.R. was imprisoned while she was repeatedly raped and sexually assaulted.

41.     Defendant Choice Hotels knew or should have known that its hotel chains were used extensively by pimps and sex traffickers to carry out the sexual exploitation of children. For years, sex traffickers have been utilizing Choice Hotels to carry out their illegal sex exploitation and trafficking enterprises, as evidenced by the numerous sex traffickers who have been caught while staying at a Choice Hotel chain, including Quality Inn, Comfort Inn, Econo Lodge, Sleep Inn and Rodeway Inn.

42.    Choice Hotels had the opportunity to stop Defendant Alonso and other criminals like him from imprisoning and sexually exploiting Plaintiff K.R. and others like her. Instead, Choice Hotels failed to take reasonable measures to stop sex trafficking from occurring in its hotels.

43.    Veda, LLC, and Nirav Joshi participated in this illegal endeavor by knowingly providing housing to the sex traffickers, including Defendant Alonso, to carry out their sexual exploitation of children.

44.    Defendant Alonso utilized Defendant Choice Hotels' properties, including the Quality Inn in Dothan, Alabama, for the sex trafficking venture so often that Defendant Choice Hotels awarded him with a "Diamond Elite Member" status. In order to attain and maintain his "Diamond Elite Member" status, Defendant Alonso had to stay at a Choice Hotel for forty (40) nights each year. Thus, Defendant Alonso repeatedly used Defendant Choice Hotels' properties for his illegal sex trafficking venture, and Defendant Choice Hotels knew, or should have known, that he was exploiting, trafficking, and victimizing K.R. and other victims like her and that Defendant Choice Hotels was knowingly benefiting financially from said exploitation, trafficking, and victimization.

45.    Defendants Choice Hotels, Veda LLC, and Nirav Joshi knew, or should have known, that Defendant Alonso was sexually exploiting, trafficking, and victimizing Plaintiff K.R. Defendant Alonso's pattern of behavior at the Quality Inn owned by Veda LLC, and Defendant Nirav Joshi revealed that he was using the hotel for the illegal sex trafficking venture. Defendant Nirav Joshi personally observed Defendant Alonso in the hotel. As a result, the Defendants knew, or should have known, that he was a sex trafficker because of his actions at the Quality Inn in Dothan, Alabama. Defendant Alonso paid for his room using only cash. He reserved two rooms next to

each other for an extended stay. He checked in with K.R., a young girl who was obviously not his daughter, who was visibly under the influence of drugs and/or alcohol, and who was not allowed to leave the hotel.

46.     The Backpage Defendants, Choice Hotels, Veda LLC, and Nirav Joshi all financially benefited greatly from the sex trafficking of Plaintiff K.R. and other victims like her, and they have developed business models to attract and cultivate the prostitution market. For the Backpage Defendants, advertising prostitution, including the sex trafficking of children, has provided them with a multimillion dollar business. Likewise, Choice Hotels relies on the steady income stream that pimps and sex traffickers bring to their budget level hotel chains, such as Quality Inn, Comfort Inn, Sleep Inn and Rodeway Inn. Veda, LLC, and Nirav Joshi financially benefited from the extensive business that Defendant Alonso and pimps like him brought to the Quality Inn hotel in Dothan, Alabama. Choice Hotels awards these criminals, including Defendant Alonso, with benefits for their allegiance to their hotels.

47.     As a result of the business models of the Backpage Defendants, Choice Hotels, Veda, LLC, and Defendant Nirav Joshi, sex trafficking, including the sex trafficking of a child like Plaintiff K.R., has increased exponentially. These businesses facilitate these crimes by providing easy advertisement and housing for pimps and sex traffickers without regard to Plaintiff K.R. and child victims like her. Under Alabama law, child abuse includes the sexual exploitation of a minor under the age of eighteen. It further includes allowing, permitting, or encouraging a child to engage in prostitution and allowing, permitting, encouraging, or engaging in the obscene or pornographic photographing, filming, or depicting of a child for commercial purposes. As a direct and proximate result of these egregious practices of the defendants, Plaintiff K.R. and

other child sex trafficking victims like her have been permanently injured and damaged physically, emotionally, psychologically, and financially.

48.   Plaintiff K.R. makes claims for violations of the Code of Alabama §13A-6-151, and makes claims for violation of Alabama's human trafficking statute, outrage, negligence and wantonness, and unjust enrichment against the Defendants.

### III.   FACTS

49.   In early 2013, K.R. turned seventeen (17) years old. Around that time, she ran away from her home in Meridian, Lauderdale County, Mississippi with very little money.

50.   As the Plaintiff was walking down a busy street in Hattiesburg, Mississippi, Defendant Alonso saw her and stopped his vehicle to convince her that he could help her. She was tired, scared, hungry and needed a ride so she agreed to get in the vehicle with him.

51.   Defendant Alonso drove K.R. to a motel and where she met two other women who were traveling with Defendant Alonso. He drove K.R. and the two women to Memphis, Shelby County, Tennessee, where they remained for several weeks while he groomed her for sex trafficking and provided her with drugs in order to assist in his efforts to gain control over her.

52.   While they were in Memphis, Defendant Alonso began trafficking her by forcing K.R. to engage in sex acts for pay and threatening her with physical violence if she refused. He took her phone from her and beat her for refusing to follow his instructions.

53.   After several weeks, Defendant Alonso, who carried a hammer as a weapon to threaten K.R. and other women, drove K.R. and one of the other women to to the Choice Hotels Quality Inn franchise owned and operated by Defendants Veda LLC, and Nirav Joshi, in Dothan,

Houston County, Alabama. Defendant Alonso paid cash to reserve two rooms -- one for him and one to use for sex trafficking K.R.

54.     Defendant Alonso took photographs of K.R. and posted them in advertisements on the Backpage Defendants' website, www.backpage.com. Defendant Alonso sold K.R. to customers for approximately eighty dollars ($80.00) for fifteen (15) minutes of sex with a child and approximately one hundred dollars ($100.00) for thirty (30) minutes sex with a child.

55.     Defendant Alonso consistently threatened and physically abused K.R. He forced her to take intoxicating agents including illegal drugs and alcohol.

56.     From May 28, 2013, until approximately August 8, 2013, Defendant Alonso reserved rooms on thirty-seven (37) different nights from Defendant Choice Hotels to carry out his sex trafficking venture.

57.     During Defendant Alonso's stay at the Quality Inn franchise owned by Defendants Veda LLC, and Nirav Joshi, approximately ten (10) or more men visited Defendant Alonso's room every day to have sex with K.R. and/or the other women victimized by the human trafficking venture. The employees and staff at the Quality Inn knew or should have known that numerous men were visiting Defendant's Alonso's room and knew or should have known that K.R. was being subjected to sex trafficking, but they took no steps to stop the criminal activity. Furthermore, the Quality Inn employees and staff knew or should have known that K.R. was being trafficked, but they never said anything to her or Defendant Alonso nor did they report the situation to law enforcement.

58.     On or about August 7, 2013, K.R. escaped the motel room while Defendant Alonso was asleep. She had no money and no cellular telephone and feared for her life. She walked a

number of miles until she was able to obtain assistance from a stranger who notified authorities of Defendant Alonso's crimes.

59.    On August 8, 2013, K.R. reported to the Dothan Police Department and the Child Advocacy Center that Defendant Alonso had assaulted her and forced her to have sex with men for money and to ingest illegal drugs.

60.    The Dothan Police Department arrested Defendant Alonso and seized drugs, cellular phones, and two thousand dollars ($2,000.00) in his possession.  Defendant Alonso was convicted of (1) first-degree human trafficking under Ala. Code §13A-6-152(a), and (2) selling, furnishing, or giving a controlled substance to a minor under Ala. Code §13A-12-25, among other crimes.

## CAUSES OF ACTION

### COUNT I

#### VIOLATION OF ALABAMA'S ANTI HUMAN TRAFFICKING STATUTE
(Against All Defendants)

61.    Plaintiff realleges the foregoing paragraphs numbered 1-58 as if fully set forth herein.

62.    All Defendants violated the "Representatives Jack Williams and Merika Coleman Act" Ala. Code §13A-6-150, *et seq.*, when they knowingly subjected Plaintiff K.R. to sexual servitude through coercion and knowingly obtained, recruited, solicited, induced, threatened, isolated, harbored, held, restrained, transported, provided, and maintained the Plaintiff for the purpose of causing her, while she was a minor, to engage in sexual servitude.  Furthermore, Defendants knowingly benefitted, financially or by receiving anything of value, from the participation in a venture or engagement for the purpose of sexual servitude or labor servitude.

63.     The various agents of the Backpage Defendants, Defendant Choice Hotel, and Defendant Veda, LLC, whose actions caused the Defendants to violate Ala. Code §13A-6-150, *et seq.*, were acting within the scope of their employment when they violated this statute and/or these Defendants ratified the conduct of the various agents and/or Defendant Alonso. Pursuant to Ala. Code §13A-6-150, *et seq.*, Plaintiff brings this civil action for compensatory damages, punitive damages, and treble damages, plus attorneys' fees and costs.

## COUNT II

### OUTRAGE
(Against Backpage Defendants, Defendant Veda LLC, Defendant Joshi and Defendant Alonso)

64.     Plaintiff realleges the foregoing paragraphs numbered 1-61 as if fully set forth herein.

65.     Defendant Alonso sexually exploited, trafficked, and victimized Plaintiff K.R. while she was a minor by subjecting her to repeated violent abuse, including sexual exploitation and servitude, at the Quality Inn in Dothan, Alabama. Defendant Veda LLC, Defendant Nirav Joshi, and the Backpage Defendants enabled and/or facilitated Defendant Alonso's commission of the heinous crime of human trafficking in the first degree. The sex trafficking venture and other acts of the defendants described herein are utterly reprehensible, and cannot be tolerated in a civilized society. As a result the aforementioned outrageous conduct in which the Backpage Defendants, Defendant Veda LLC, and Defendant Nirav Joshi enabled and/or assisted in the commission of human trafficking and the sexual exploitation of a minor. Plaintiff K.R. has suffered and continues to suffer damages, including, but not limited to personal injury, mental anguish, loss of quality of life, and emotional pain and suffering.

## COUNT III

### NEGLIGENT AND/OR WANTON CONDUCT
(Against Backpage Defendants and Defendants Choice Hotels International, Inc.,

Veda LLC, and Nirav Joshi)

66.     Plaintiff realleges the foregoing paragraphs numbered 1-63 as if fully set forth herein.

67.     The Backpage Defendants owed a duty to Plaintiff K.R. to act in a reasonably prudent manner when executing their duties as owners and operators of the website www.backpage.com, to protect Plaintiff K.R. and other minors from sex trafficking by preventing Defendant Alonso and other traffickers from sexually exploiting, trafficking, and victimizing Plaintiff K.R. and other minors through advertising on their website.

68.     The Backpage Defendants negligently, wantonly and/or otherwise wrongfully operated their website www.backpage.com, and knowingly benefitted financially from Plaintiff K.R.'s sexual exploitation, trafficking, and victimization.   Despite having knowledge that Defendant Alonso was trafficking Plaintiff K.R. on their website www.backpage.com, the Defendants made no effort at any time to stop his criminal activity.  In fact, the Defendants knowingly benefitted financially from Plaintiff K.R.'s sexual exploitation, trafficking, and victimization.   The facilitation of Plaintiff K.R.'s exploitation, trafficking, and victimization amounted to negligent, wanton and/or reckless conduct.  As a result of said negligent, wanton and/or otherwise wrongful conduct by the Defendants, Plaintiff K.R. has suffered and continues to suffer damages, including, but not limited to, serious personal injury, mental anguish, loss of quality of life, emotional pain and suffering, and has incurred and/or will incur medical and/or therapy expenses.

69.     Defendants Choice Hotels, Veda, LLC, and Nirav Joshi owed a duty to Plaintiff K.R. to act in a reasonably prudent manner when executing their duties as owners and operators of the Quality Inn franchise in Dothan, Alabama, to protect Plaintiff K.R. and other minors who were

guests at Quality Inn from harassment, intimidation, and sexual assault and to eliminate known risks that posed a real and immediate danger to her safety.

70.     Defendants Choice Hotels, Veda, LLC, and Nirav Joshi negligently, wantonly and/or otherwise wrongfully operated and staffed the Quality Inn franchise in Dothan, Alabama. Despite having actual or constructive knowledge that Defendant Alonso was trafficking Plaintiff K.R. at their hotel, the Defendants made no effort at any time to stop this criminal activity. In fact, the Defendants knowingly benefitted financially from Plaintiff K.R.'s sexual exploitation, trafficking, and victimization. The facilitation of Plaintiff K.R.'s sexual exploitation, trafficking, and victimization amounted to negligent, wanton and/or reckless conduct. As a result of said negligent, wanton and/or otherwise wrongful conduct by the Defendants, Plaintiff K.R. has suffered and continues to suffer damages, including, but not limited to, serious personal injury, mental anguish, loss of quality of life, emotional pain and suffering, and has incurred and/or will incur medical and/or therapy expenses.

COUNT IV

UNJUST ENRICHMENT
(Against All Defendants)

71. Plaintiff realleges the foregoing paragraphs numbered 1-68 as if fully set forth herein.

72. As a result of the sexual trafficking venture and sexual exploitation of the Plaintiff, the defendants unjustly financially benefitted and enriched themselves at the expense of the Plaintiff.

73. These benefits were conferred onto the defendants with their knowledge of the sex trafficking venture and/or sexual exploitation of Plaintiff and the defendants accepted and retained those benefits under circumstances that make it inequitable for them to retain them without paying their value.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the jury selected to hear this case render a verdict in her favor on all counts alleged and against each and every Named Defendant (Backpage.com, LLC; Camarillo Holdings, LLC; Leeward Holdings, LLC; IC Holdings, LLC; Dartmoor Holdings, LLC; Medalist Holdings, LLC; Atlantische Bedrijven C.V.; Carl Ferrer; James Larkin; Michael Lacey; Veda LLC; Nirav Joshi; Choice Hotels International, Inc.; and Santiago Alonso), and Fictitious Party Defendants A-U, separately and severally, and that it award damages to her in an amount which will adequately compensate her for the injuries and damages sustained due to the Defendants' conduct outlined herein. Also, on the basis of the foregoing, plaintiff requests that a jury be selected to hear this case and render a verdict for Plaintiff, and against the Defendants, and that it award damages to Plaintiff in an amount which will adequately reflect the enormity of the

Defendants' wrong, and which will effectively prevent other similarly caused acts.  Further, Plaintiff requests that the Court enter judgment consistent with the jury's verdict, and that it also award the Plaintiff interest from the date of judgment and the costs incurred by the Court in managing this lawsuit, plus attorneys' fees and costs. Plaintiff further prays for any other damages and equitable relief the Court or jury deems appropriate under the circumstances.

**JURY DEMAND**

PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY

/s/ Gregory Zarzaur
Gregory M. Zarzaur (ZAR003)
*Attorney for the Plaintiff*

**OF COUNSEL**:
ZARZAUR MUJUMDAR & DEBROSSE - Trial Lawyers
2332 2nd Avenue North
Birmingham, Alabama 35203
Telephone: (205) 983-7985
Email: gregory@zarzaur.com


**Plaintiff requests that the following Defendants be served with the Summons and Complaint by Certified Mail at the addresses below:**

Choice Hotels International, Inc.
% United States Corporation Company
150 South Perry Street
Montgomery, AL 36104

Camarillo Holdings, LLC.
% National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE 19904

Leeward Holdings, LLC.
% National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE 19904

Veda LLC.
% Alka N. Joshi
3011 Ross Clark Circle
Dothan, AL 36301

Backpage.com, LLC
% National Corporate Research, LTD.
850 New Burton Road, Suite 201
Dover, DE 19904

IC Holdings, LLC
% National Corporate Research, LTD.
850 New Burton Road, Suite 201
Dover, DE 19904

Dartmoor Holdings, LLC
% National Corporate Research, LTD.

850 New Burton Road, Suite 201
Dover, DE  19904

Medalist Holdings LLC
% The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Santiago Alonso
AIS # 00295466
Bibb Correctional Facility
565 Bibb Lane
Brent, AL 35034

Nirav Joshi
3011 Ross Clark Circle
Dothan, AL 36301

**Plaintiff will serve the following Defendants with the Summons and Complaint by Personal Process Server:**

Michael Lacey
Phoenix, AZ

James Larkin
Phoenix, AZ

Carl Ferrer
2531 Tumbleweed Way
Frisco, Texas  75034

Atlantische Bedrijven C.V.
% Carl Ferrer, Director
2531 Tumbleweed Way
Frisco, Texas  75034